IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DERRICK WADE SMITH
ADC #191630                                                                            PLAINTIFF

v.                         No. 4:24-cv-229-DPM

UNITED STATES OF AMERICA;
PULASKI COUNTY REGIONAL
DETENTION FACILITY; PULASKI
COUNTY SHERIFF'S OFFICE; and
HIGGING, Pulaski County Regional
Detention Facility                                                                   DEFENDANTS

ORDER

Unopposed recommendation, *Doc. 9*, adopted. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). Strike recommended. 28 U.S.C. § 1915(g). Any *in forma pauperis* appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

23 May 2024