IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DERRICK WADE SMITH
ADC #191630                                                               PLAINTIFF

v.                              No. 4:24-cv-229-DPM

UNITED STATES OF AMERICA;
PULASKI COUNTY REGIONAL
DETENTION FACILITY; PULASKI
COUNTY SHERIFF'S OFFICE; and
HIGGING, Pulaski County Regional
Detention Facility                                                        DEFENDANTS

## JUDGMENT

Smith's claims against Higging are dismissed without prejudice. His remaining claims are dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

23 May 2024